*New Civil Action Filed on 08/09/2018: D.M.*

| For Clerk's Office Use |||
|---|---|---|
| Judge | Recd Date | Grv. |
|  |  |  |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** David Meyers

**PRISONER NO.:** 1039777

**PLACE OF CONFINEMENT:** Red Onion State Prison

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 23 2018

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

David Meyers
Enter Full Name                     Plaintiff

VS.

U.S. Judge James Jones, U.S. Judge Glen Conrad, U.S. Magistrate Judge Robert Ballou, Director Harold Clarke, Red Onion State Prison Employees,
Enter Full Name(s)                  Defendant(s)

**CIVIL ACTION NO.** 7:18cv414

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

    __X__ Yes          _____ No

B. If your answer to A is Yes, describe the action in the space below.

   1. Parties to the Action: _____

   2. Court: _____

   3. Docket No.: _____

   4. Judge: _____

   5. Disposition: _____

      (For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

    Yes __X__     No _____

   1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.

   2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? _X_ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? _X_ Yes _X_ No

C. If your answer to "B" is Yes:

1. What steps did you take? Staff member M. Counts Alleges The Grievances Are Non Grievable; Plaintiff Has Sent 208 Letters To Chief Paul Haynes Of S.I.U., 100's of Letter Complaints To Harold Clarke, T. Harvey, Marcus Elam, A. Robinson;

2. What was the result? The Above VADOC Employees Refuse To Cease And Desist ROSP Employees Hate Crimes, Sexual Abuses, Attempted Murder, Racketeering Funds From My Prison Account, Making Threats To Kill Me And Causing Me Injuries.

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: U.S. Judge James Jones
Employed as U.S. Judge at U.S. District Court Roanoke Division
Mailing address: 210 Franklin Road Room 540 Roanoke VA 24011

(2) Name of second defendant: U.S. (United States) Judge Glenn Conrad And U.S. Magistrate Judge R. Ballou
Employed as U.S. Judge as/Magistrate at U.S. District Court Roanoke Division
Mailing address: 210 Franklin Road Room 540 Roanoke VA 24011

(3) Name of third defendant: Director Harold Clarke of Virginia Department Of Corrections
Employed as Director at Virginia Department Of Corrections
Mailing address: P.O. Box 26963, Richmond, VA 24279

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. U.S. Judge James Jones Political Fraternities Ties And Patriotism To The Administrators Of The Political Subdivisions Of The Southwest Counties Of Virginia Has (Has) Impaired His

2

Moral Prudence In Rationally Understanding That Defendant Harold Clarke And His Employees Are Committing Serious Physical Injuries, PREA Sexual Abuse Retaliations, Hiring Inmates To Fatally Wound And Kill Plaintiff.

2. U.S. Judge James Jones, U.S. Judge Glen Conrad, U.S. Magistrate Judge Robert Ballou, And Clerk Julia Dudley Are Allowing The Defendant Harold Clarke And His Employees To Continue To Attempt To Murder Plaintiff, Racketeer Funds From Plaintiff Account. Plaintiff Signed A Consent To Collection Of Fees For Case 7:18 CV 00029 For 20% To Be Deducted From Deposits Of Over 10.00. 7. Doctor Is Deducting 20% From 10.00.

3. U.S. Judge James Jones Is Conducting Revenge And Retaliation Disposition Hearings Over Plaintiff Imminent Danger Claims And With Bias And Deliberate Indifference Toward Plaintiff's Safety Dismissing Plaintiff's Claims, Preliminary Injunctive Relief And All Motions In Cases 7:18CV00051, 7:18CV00273, 7:18CV00371, And 7:18CV00379, And 7:18CV00029 To Obstruct Plaintiff From Monetary Relief, Injunctive Relief And To Attend Judicial Proceedings To Prosecute The Defendants. This Is Being Done Outside The Scope Of The Judges Duties, Violating Title 18 USCA Section 1512 To Allow Director Clarke And His Employees To Enforce Sexual Abuses, Attempted Murders And Injuries On Me.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I Seek Monetary Damages In Compensatory Damages Of #15,000,000.00 Dollars, And 100,000.00 Punitive Damages, For For The Above Defendants Violating Protective Custody Protocol And Allowing Defendant Harold Clarke And His Employees To Continue To Enforce Sexual Abuses On Me Because I Blind, Disabled, And Handicapped And Can't Stand On My Own.

2. I Seek Injunctive Relief Of The Judicial Council Of The Fourth Circuit To Have A Independent Inquiry Done By Another Circuit's Executive With 2 Other Circuit Executives From Different Circuits To Conduct Disciplinary Proceedings And Discharge The Defendants James Jones, Glen Conrad, And R. Ballou, Clerk Julia C. Dudley For Conspiracy To Enforce Corruption In The Court.

3. I Seek Daily PREA Sexual Abuse Monitoring From The U.S. Inspector General And Each PREA Sexual Abuse And Attempted Murder PREA Retaliation By Staff Monitoring Visit Will Be Filed, Logged And Sent To The Chief Of The Federal Bureau Of Investigation For Federal Criminal Complaints To Be Filed On Anyone Who Further Sexual Abuses, Attempts To Murder, Commits Racketeering Of Plaintiff Funds, Or Extorts Plaintiff Or Conspires With Organized Crime Networks Plaintiff Informed On To Further Abuse And Kill Him.

08/09/2018   David Meyers   David Meyers 1039777

Mr. David Meyers #1039177
Red Onion State Prison
P.O. Box 970
Pound, Virginia 24279

LEGAL MAIL
RECEIVED
AUG 21 2018
MAILROOM

VA DOC HAS NEITHER ENDORSED NOR
INSPECTED THIS ITEM. THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS



Clerk Julia C. Dudley
U.S. District Court
For The Western District of Virginia
210 Franklin Road, Rm 540
Roanoke, Virginia 24011

24011-000340