CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 02 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID MEYERS,<br>    Plaintiff, | Civil Action No. 7:18-cv-00414 |
| v. | **ORDER** |
| U.S. JUDGE JAMES JONES, <u>et al.</u>,<br>    Defendants. | By: Michael F. Urbanski<br>Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED** as frivolous and malicious pursuant to 28 U.S.C. § 1915A(b)(1), and Plaintiff has fifteen days from this Order's entry to oppose the entry of a pre-filing injunction.

ENTER: This 2nd day of November, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge